**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Alan R. Plutzik (Cal. Bar No. 077785)
Michael S. Strimling (Cal. Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

**LEVI & KORSINSKY, LLP**
Joseph Levi, Esq.
Eric M. Andersen, Esq.
30 Broad Street, 15th Floor
New York, New York 10004
Tel:   212-363-7500
Fax:  212-363-7171

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. NEWBOLD, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>THOMAS LACEY, JEFFREY SMITH, RICHARD NOLING, DAVE FULLER, DOUGLAS BARNETT, MITCHELL TUCHMAN, EDWARD TERINO, KENNETH TRAUB, PATRICK LITTLE, PHOENIX TECHNOLOGIES LTD., PHARAOH ACQUISITION CORP. and PHARAOH MERGER SUB CORP.,<br><br>            Defendants. | **Case No. 10-cv-04271-CW**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br><u>**Class Action**</u> |

**STIPULATION**

WHEREAS, Plaintiff wishes to dismiss this action without prejudice, and

WHEREAS, all Defendants are willing to stipulate to the dismissal of the action without prejudice, and

WHEREAS, no consideration is being given by Defendants to Plaintiff for said dismissal,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all parties to this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the action shall be dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  December 29, 2010

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

/s/
Alan R. Plutzik

Alan R. Plutzik (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:  (925) 945–0770

LEVI & KORSINSKY, LLP
Joseph Levi, Esq.
Eric M. Andersen, Esq.
30 Broad Street, 15th Floor
New York, New York 10004
Tel:   212-363-7500
Fax:  212-363-7171

Attorneys for Plaintiff

DATED: December 29, 2010

WILSON SONSINI GOODRICH & ROSATI

/s/
Boris Feldman

Boris Feldman (Bar No. 128838)
Bahram Seyedin-Noor (Bar No. 203244)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300

Attorneys for Defendants Thomas Lacey, Jeffrey Smith, Richard Noling, Dave Fuller, Douglas Barnett, Mitchell Tuchman, Edward Terino, Kenneth Traub, Patrick Little and Phoenix Technologies Ltd.

| | |
|---|---|
| DATED: December 29, 2010 | LATHAM & WATKINS LLP |

                                                          /s/
                                        Patrick E. Gibbs

Patrick E. Gibbs (Bar No. 183174)
John C. Tang (Bar No. 212371)
Andrew M. Farthing (Bar No. 237565)
140 Scott Drive
Menlo Park, California 94025-3656
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600

Attorneys for Defendants Pharaoh Acquisition Corp. and Pharaoh Merger Sub Corp.

### Attestation Pursuant To General Order 45

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 29th day of December, 2010 at Walnut Creek, California.

                                                    /s/ Alan R. Plutzik

### ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: **1/3/2011**
                                                  United States District Judge